**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
MERCEDES TAPIA FLORES,

                      Plaintiff,

            -against-

HUDSON MARKET 57 INC., *et al.,*

                    Defendants.
-------------------------------------------------------------------X

**24 Civ. No. 7726 (KPF)**

**PRE-SETTLEMENT**
**CONFERENCE ORDER**

**GARY STEIN, United States Magistrate Judge:**

This action is scheduled for a Pre-Settlement Conference Call on **Thursday, April 16, 2026 at 11:00 a.m.**, to discuss the scheduling of and preparation for a Settlement Conference. The parties are directed to consult the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein.  Counsel are directed to join the conference via Microsoft Teams at the scheduled time.  **Please dial (646) 453-4442, Access Code: 584 703 856#.**

      **SO ORDERED.**

DATED:    New York, New York
          April 7, 2026

                                             _____
                                       The Honorable Gary Stein
                                       United States Magistrate Judge