UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MERCEDES TAPIA FLORES,

Plaintiff,

-v.-

HUDSON MARKET 57 INC.; TERRENCE PARK; CHAN HEE PARK, *also known as* DANNY; TAE SEOK PARK, *also known as* STEVE; CHAN KYU PARK,

Defendants.

24 Civ. 7726 (KPF) (GS)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

On September 16, 2026, it was reported to the Court that this case has been settled. Accordingly, the parties are instructed to file their completed settlement agreement along with a joint letter regarding the fairness of the settlement agreement on or before **October 16, 2026**, in accordance with the FLSA and Second Circuit law. *See, e.g.*, *Cheeks* v. *Freeport Pancake House*, 796 F. 3d 199 (2d Cir. 2015).

The parties may consent to the jurisdiction of Magistrate Judge Gary Stein in reviewing their *Cheeks* briefing. Indeed, this option may be preferable in light of Judge Stein's familiarity with recent developments in the case, but is not required. Should the parties wish for Judge Stein to review their *Cheeks* briefing, the Court reminds the parties to indicate their consent to proceed before a magistrate judge in the form attached to this Order.

The Clerk of Court is directed to terminate all pending motions and adjourn all remaining dates.

SO ORDERED.

Dated: September 16, 2026
New York, New York

KATHERINE POLK FAILLA
United States District Judge

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | | |
|---|---|---|
| _______________ *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| _______________ *Defendant* | ) | |

## NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE

*Notice of a magistrate judge's availability*. A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority*. The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Parties' printed names* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

### Reference Order

**IT IS ORDERED:** This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: _______________

_______________
*District Judge's signature*

_______________
*Printed name and title*

Note: Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge. Do not return this form to a judge.