Sacco & Fillas, LLP
Attorneys at Law

31-19 Newtown Avenue
Seventh Floor
Astoria, NY 11102

Tel: 718 746-3440
Direct: 718 269-2243
Direct Fax: 718 559-6517

ctucker@saccofillas.com
www.saccofillas.com

Tonino Sacco*
Elias N. Fillas

Luigi Brandimarte*
Lamont K. Rodgers
Joseph Katz

Malik E. Anderson*
Scott L. Appelbaum
Joseph Badalov
James R. Baez*
Joseph Benincasa
Jack Berry
Victor I. Bota*
Nathan A. Brill*
Joanne Ciaramella
David A. Craven
Christopher DelCioppio*
Alex Diaz
Kurt A. Doiron
Jennifer A. Fleming
Ronald B. Groman
Scott W. Clark
Zachary S. Kaplan
James Y. Kim*
Eric Lopez
Patricia R. Lynch
John P. Margand
Albert R. Matuza, Jr.
Diamanda Papagiannakis
Andrew Rafalaf
Leopold Raic
Philip R Reid*
Bryan Schenkman
Richard E. Schirmer
Morris J. Schlaf*
Lantao Sun
William W. Walis
Michael S. Warycha
Zachary J. Zain
Alex Zhang
Anthony J. Zullo

*Also admitted in New Jersey

October 15, 2026

**VIA ECF**
Hon. Katherine Polk Failla
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

Re: *Tapia Flores v. Hudson Market 57 Inc. et al.*, No. 24-cv-07726-KPF

Dear Judge Failla:

Plaintiff respectfully requests, with Defendants' consent, an extension of time to submit the parties' joint Cheeks approval letter, settlement agreement, and supporting materials required by the Court's September 17, 2026 Order, ECF No. 40. The current deadline is October 16, 2026. Plaintiff respectfully requests that the deadline be extended to October 30, 2026.

This is the parties' first request for an extension of this deadline, and no prior request has been granted or denied. The parties require additional time to finalize the settlement materials and to obtain signatures.

To Plaintiff's knowledge, there is no next scheduled appearance before the Court, and the requested extension does not affect any other scheduled deadlines.

We thank the Court for the time and attention devoted to this matter.

Respectfully submitted,

*/s/ Clifford Tucker*
Clifford Tucker

Application GRANTED. The parties shall file their joint approval letter, settlement agreement, and supporting material in accordance with *Cheeks* v. *Freeport Pancake House*, 796 F. 3d 199 (2d Cir. 2015), on or before **October 30, 2026**.

The Clerk of Court is directed to terminate the pending motion at docket entry 41.

Dated: October 16, 2026
New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE