Sacco & Fillas, LLP
Attorneys at Law

31-19 Newtown Avenue
Seventh Floor
Astoria, NY 11102

Tel: 718 746-3440
Direct: 718 269-2243
Direct Fax: 718 559-6517

ctucker@saccofillas.com
www.saccofillas.com

Tonino Sacco*
Elias N. Fillas

Luigi Brandimarte*
Lamont K. Rodgers
Joseph Katz

Malik E. Anderson*
Scott L. Appelbaum
Ramy Aqel
James R. Baez*
Joseph Benincasa
Jack Berry
Victor I. Bota*
Nathan A. Brill*
Joanne Ciaramella
Scott W. Clark
David A. Craven
Christopher DelCioppio*
Alex Diaz
Kurt A. Doiron
Ronald B. Groman
Jeffrey Hellerman
Emily Huang
Zachary S. Kaplan
James Y. Kim*
Patricia R. Lynch
John P. Margand
Albert R. Matuza, Jr.
Diamanda Papagiannakis
Andrew Rafalaf
Ashley Rajakaruna
Philip R Reid*
Richard E. Schirmer
Morris J. Schlaf*
Christian Schlegel
Lantao Sun
William W. Walis
Michael S. Warycha
Roger Wong
Zachary J. Zain
Alex Zhang
Anthony J. Zullo

*Also admitted in New Jersey

October 30, 2026

**VIA EMAIL**
Hon. Katherine Polk Failla
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

Re: *Tapia Flores v. Hudson Market 57 Inc., et al.,* No. 24-cv-07726 (KPF)
Second Letter Motion for Extension of Time to Submit Cheeks Settlement Materials

Your Honor,

Plaintiff respectfully requests a further two-week extension, from October 30 to November 13, 2026, to submit the parties' joint Cheeks approval letter, executed settlement agreement, and supporting materials required by the Court's Order.

This is the second request to extend this deadline. The Court granted the first request on October 16, 2026 (ECF No. 42), extending the original October 16 deadline to October 30, 2026. No prior request has been denied.

Although the settlement was reported to the Court, the written agreement has not yet been finalized and executed by all necessary parties. Plaintiff's counsel has attempted to reach Defendants' counsel by telephone and email. Defendants' position on this application is therefore unknown at this time.

Plaintiff appreciates the Court's prior accommodation and regrets the need for this further request on the present deadline. The requested extension is limited to fourteen days, will permit additional efforts to complete the settlement submission, and will not affect any other scheduled appearances or deadlines.

Plaintiff respectfully requests that the Court extend the submission deadline through November 13, 2026.

We thank the Court for the time and attention devoted to this matter.

Respectfully submitted,

*/s/ Clifford Tucker*
Clifford Tucker, Esq.

Application GRANTED. The parties shall file their joint approval letter, settlement agreement, and supporting material in accordance with *Cheeks* v. *Freeport Pancake House*, 796 F. 3d 199 (2d Cir. 2015), on or before **November 13, 2026**.

The Clerk of Court is directed to terminate the pending motion at docket entry 43.

Dated: November 2, 2026
New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE