Sacco & Fillas, LLP
Attorneys at Law

31-19 Newtown Avenue
Seventh Floor
Astoria, NY 11102

Tel: 718 746-3440
Direct: 718 269-2243
Direct Fax: 718 559-6517

ctucker@saccofillas.com
www.saccofillas.com

Tonino Sacco*
Elias N. Fillas

Luigi Brandimarte*
Lamont K. Rodgers
Joseph Katz

Malik E. Anderson*
Scott L. Appelbaum
James R. Baez*
Joseph Benincasa
Jack Berry
Victor I. Bota*
Nathan A. Brill*
Joanne Ciaramella
Scott W. Clark
David A. Craven
Christopher DelCioppio*
Alex Diaz
Kurt A. Doiron
Ronald B. Groman
Jeffrey Hellerman
Emily Huang
Zachary S. Kaplan
James Y. Kim*
Natalia R. LaMorta
Patricia R. Lynch
John P. Margand
Albert R. Matuza, Jr.
Diamanda Papagiannakis
Andrew Rafalaf
Ashley Rajakaruna
Philip R Reid*
Richard E. Schirmer
Morris J. Schlaf*
Christian Schlegel
Lantao Sun
Clifford R. Tucker*
William W. Wallis*
Michael S. Warycha
Roger Wong
Zachary J. Zain
Alex Zhang
Anthony J. Zullo

November 12, 2026

MEMO ENDORSED

**BY ECF**
Hon. Katherine Polk Failla
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: *Tapia Flores v. Hudson Market 57 Inc., et al., No. 24-cv-07726 (KPF)*
Third Letter Motion for Extension of Time to Submit Cheeks Settlement Materials

Your Honor,

Plaintiff respectfully requests an additional extension, from November 13 to November 27, 2026, to coordinate signatures of all parties, submit the parties' joint Cheeks approval letter, executed settlement agreement, and supporting materials required by the Court's Order.

This is the third request to extend this deadline. The Court granted the first request on October 16, 2026 (ECF No. 42), and the second request on November 4, 2026 (ECF No. 44). No prior request has been denied. Defendants consent to this extension.

The requested extension will permit additional efforts to complete the settlement submission and will not affect any other scheduled appearances or deadlines.

As such, Plaintiff respectfully requests that the Court extend the submission deadline through November 27, 2026.

We thank the Court for the time and attention devoted to this matter.

Respectfully submitted,

/s/Clifford Tucker
Clifford Tucker, Esq.

Application GRANTED. The parties shall file their joint approval letter, settlement agreement, and supporting material in accordance with *Cheeks* v. *Freeport Pancake House*, 796 F. 3d 199 (2d Cir. 2015), on or before **November 27, 2026**. The Court will not grant an additional request for an extension in this matter absent particularly compelling circumstances.

The Clerk of Court is directed to terminate the pending motion at docket entry 45.

Dated: November 13, 2026
New York, New York

SO ORDERED.

Katherine Polk Failla

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE